UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC
JUL 2 2 2009
US DISTRICT COURT
WESTERN DISTRICT OF NC

| UNITED STATES OF AMERICA | ) | UNDER SEAL |
|---|---|---|
| | ) | Docket No. 3:09-mj-173 |
| v. | ) | |
| | ) | ORDER SEALING |
| SERGIO ROSAS GARCIA et al | ) | COMPLAINT AND |
| | ) | OTHER DOCUMENTS |

UPON MOTION of the United States of America, by and through Edward R. Ryan, Acting United States Attorney for the Western District of North Carolina, for an order directing that the Complaint, the Affidavit in Support of the Complaint, the Arrest Warrants, the government's Motion to Seal, and this Order be sealed, because of the ongoing nature of the investigation and some of the defendants' strong connections to Mexico,

**IT IS HEREBY ORDERED** that the Complaint, the Affidavit in Support of the Complaint, the Arrest Warrants, the government's Motion to Seal, and this Order be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

So ordered this 22nd day of July 2009.

_____
THE HONORABLE DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE